UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>MOHAMED BAHRAOUI | CASE NO. **05 CR 10014 WGY**<br><br>VIOLATIONS:<br><br>18 U.S.C. § 1546(b)(3) --<br>    Fraud and Misuse of Visas,<br>    Permits and Other Documents<br>18 U.S.C. § 1028(a)(4) --<br>    Possession of False<br>    Identification Document<br>18 U.S.C. § 911 --<br>    False Representation as<br>    United States Citizen |

## INDICTMENT

**COUNT ONE:** (18 U.S.C. § 1546(b)(3) -- Fraud and Misuse of Visas, Permits and Other Documents)

The Grand Jury charges that:

On or about May 9, 2001, at Waltham, in the District of Massachusetts,

**MOHAMED BAHRAOUI,**

defendant herein, for the purpose of satisfying a requirement of the employment verification system set forth in subsection 1324a(b) of Title 8 of the United States Code, used a false attestation on INS Form I-9, to wit, that he was a United States citizen, knowing that the said attestation was false, in that he was not a citizen or national of the United States.

All in violation of Title 18, United States Code, Section 1546(b)(3).

**COUNT TWO:**     **(18 U.S.C. § 1028(a)(4) - Possession of False Identification Document)**

The Grand Jury further charges that:

On or about May 9, 2001, at Waltham, in the District of Massachusetts,

**MOHAMED BAHRAOUI,**

the defendant herein, did knowingly possess an identification document, other than one issued lawfully for the use of the possessor, and a false identification document, to wit: a counterfeit Social Security card, with intent such document be used to defraud the United States.

All in violation of Title 18, United States Code, Section 1028(a)(4).

**COUNT THREE:**    (18 U.S.C. § 911, False Representation as United States Citizen)

The Grand Jury further charges that:

On February 28, 2003, at Woburn, in the District of Massachusetts,

**MOHAMED BAHRAOUI,**

defendant herein, falsely and willfully represented himself to be a citizen of the United States.

All in violation of Title 18, United States Code, Section 911.

**A TRUE BILL**

*[signature]*
FOREPERSON OF GRAND JURY

*[signature]*
KIMBERLY P. WEST
Assistant U.S. Attorney

DISTRICT OF MASSACHUSETTS, Boston, January 19, 2005

Returned into the District Court by the Grand Jurors and filed.

*[signature]*
Deputy Clerk

12:27 P

◎JS 45 (5/97) - (Revised USAO MA 3/25/02)

05 CR 10014 WGY

| Criminal Case Cover Sheet | U.S. District Court - District of Massachusetts |

**Place of Offense:**      **Category No.** II      **Investigating Agency** FBI

**City** various

**County** Middlesex      **Related Case Information:**

Superseding Ind./ Inf. _____ Case No. _____
Same Defendant _____ New Defendant _____
Magistrate Judge Case Number _____
Search Warrant Case Number _____
R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name    Mohamed Bahraoui      Juvenile    [ ] Yes    [x] No

Alias Name _____

Address    21 Thornton Street, Apt. 1, Revere, MA

Birth date: 1971    SS#: ---- -- 3918    Sex: M    Race: Black/N. African    Nationality: Moroccan

**Defense Counsel if known:** _____      **Address:** _____

**Bar Number:** _____

**U.S. Attorney Information:**

AUSA    Kim West      **Bar Number if applicable** _____

Interpreter: [ ] Yes   [x] No      List language and/or dialect: _____

Matter to be SEALED: [ ] Yes   [x] No

[x] Warrant Requested      [ ] Regular Process      [ ] In Custody

**Location Status:**

Arrest Date: _____

[x] Already in Federal Custody as    detained    in    INS custody
[ ] Already in State Custody _____ [ ] Serving Sentence    [ ] Awaiting Trial
[ ] On Pretrial Release:   Ordered by _____ on _____

**Charging Document:**    [ ] Complaint    [ ] Information    [x] Indictment

**Total # of Counts:**    [ ] Petty _____ [ ] Misdemeanor _____ [x] Felony 3

**Continue on Page 2 for Entry of U.S.C. Citations**

[x]    I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: 1/19/05      **Signature of AUSA:** _____

JS 45 (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse       05 CR 10014 WGY

**District Court Case Number** (To be filled in by deputy  _____

**Name of Defendant**   Mohamed Bahraoui

## U.S.C. Citations

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1  18 U.S.C. § 1546(b)(3) | fraud and misuse of visas, permits | 1 |
| Set 2  18 U.S.C. § 1028(a)(4) | possession of false identification document | 2 |
| Set 3  18 U.S.C. § 911 | false representation as U.S. citizen | 3 |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set | | |
| Set | | |
| Set | | |
| Set | | |
| Set | | |
| Set | | |

ADDITIONAL   _____

05cr10014WGY

**District Court Case Number  (To be filled in by deputy**

**Name of Defendant**     Mohamed Bahraoui

JS45.Bahraoui.wpd - 3/13/02