# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

## WRIT OF HABEAS CORPUS

**TO THE MARSHAL FOR THE DISTRICT OF MASSACHUSETTS,** or any of his deputies, and to:

The Superintendent of the Suffolk County House of Correction, South Bay, Boston, Massachusetts.

**YOU ARE COMMANDED** to have the body of **Mohamed Bahraoui** now in your custody, before the United States District Court for the District of Massachusetts, United States Courthouse, 1 Courthouse Way, Courtroom No. 15 on the 5th floor, Boston, Massachusetts on **Thursday, January 27, 2005**, at **9:00 A.M.**

for the purpose of **Arraignment**

in the case of    **UNITED STATES  v Mohamed Bahraoui**

**Cr Number 05-10014-WGY**

And you are to retain the body of said **Mohamed Bahraoui** while before said Court upon said day and upon such other days thereafter as his attendance before said Court shall be necessary, and as soon as may be thereafter to return said **Mohamed Bahraoui** to the institution from which he was taken, under safe and secure conduct, to be there imprisoned as if he had not been brought therefrom for the purpose aforesaid. And have you then and there this Writ with your doings herein.


Dated this 25th day of January, 2005.


|        |        |
|--------|--------|
|        | **TONY ANASTAS**<br>**CLERK,** |
| SEAL   |        |
|        | By:    /S /<br>**Thomas F. Quinn**<br>**Deputy Clerk** |

**(Habcorp.wrt - 09/92)**