%₀ AO458 (Rev. 5/85) Appearance

# UNITED STATES DISTRICT COURT

DISTRICT OF *Massachusett*

## APPEARANCE

Case Number: 05 - 10014 - WGY

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Mohammed Bahraaaui?

_2/1/05_
Date

_Lenore Glaser_
Signature

LENORE GLASER
Print Name

25 Kingston St.,
~~63 Water Mill St.,~~ 600
Address

Boston     MA     02111
City        State      Zip Code

617 753-9988
Phone Number