UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

**UNITED STATES OF AMERICA**

      V.                                                                                              **CRIMINAL
                                                                                                NO. 05-10014 -WGY**

**MOHAMED BAHRAOUI**

### INITIAL SCHEDULING ORDER

**YOUNG, C.J.**

      The above named defendant(s) having been arraigned on  1/27/05
before   DEIN, USM   , and having elected to proceed under the automatic discovery rules, IT IS HEREBY ORDERED in accordance with Local Rules (LR) 116.1 through 116.5 that:

    A.    The government shall provide automatic discovery by  2/24/05   See   L.R116.1(C).

    B.    The defendant shall provide automatic discovery by  2/24/05  . See LR 116.1(D).

    C.    Any discovery request letters shall be sent and filed by   3/10/05. See LR 116.3 (A) and (H).

    D.    Any responses to discovery request letters shall be sent and filed by  3/24/05. See LR 116.3(A).

    E.    An initial status conference in accordance with LR 116.5 will be held on   MON 3/7/05   at    2:00   p.m. in Courtroom No.   18    on the   5    floor.

By the Court,

**2/7/05**

_____                                              /s/ Elizabeth Smith
      **Date**                                                                                                          **Deputy Clerk**

(Crinsch1.wp - 11/24/98)