UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES )<br>)<br>v.     )<br>)<br>MOHAMED BAHRAOUI )<br>) | Crim. No. 05-10014-WGY |

## NOTICE OF APPEARANCE

Now comes the undersigned Assistant United States Attorney and hereby notices his appearance in the above-captioned matter.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

By: _____
ALOKE S. CHAKRAVARTY
Assistant U.S. Attorney
617-748-3658

DATED: March 7, 2005

### Certificate of Service

I hereby certify that I have provided a copy of the attached document to counsel for Defendant, Lenore Glaser, Esq., 25 Kingston St., 6th Floor, Boston, MA 02111, by hand delivery, this 7th day of March, 2005.

_____
ALOKE S. CHAKRAVARTY