UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| **UNITED STATES** | ) | |
| | ) | |
| v. | ) | **Crim. No. 05-10014-WGY** |
| | ) | |
| **MOHAMED BAHRAOUI** | ) | |
| | ) | |

## NOTICE OF APPEARANCE

Now comes the undersigned Assistant United States Attorney and hereby notices his appearance in the above-captioned matter.

    Respectfully submitted,

    MICHAEL J. SULLIVAN
    United States Attorney

By:    /s/ ALOKE CHAKRAVARTY
    Aloke Chakravarty
    Assistant U.S. Attorney
    1 Courthouse Way, Suite 9200
    Boston, MA 02210
    BBO# 637288
    617-748-3658

DATED: March 15, 2005