UNITED STATES OF AMERICA
DISTRICT OF MASSACHUSETTS

CRIMINAL NO.: 05-10014

UNITED STATES OF AMERICA
v.
BAHRAOUI

**MOTION TO CORRECT THE SENTENCE AND JUDGEMENT**

The defendant, MOHAMMED BAHRAOUI moves this Honorable Court, pursuant to F.R.Crim. P 35 (a) to correct the Statement of Reasons incorporated into the sentencing judgement in the above entitled and enumerated criminal case.

First: the defendant requests that the Court correct the Criminal History Category reflected in the Statement of Reasons from II to I.

Second: the defendant requests that the Court indicate that the "time served" sentence equals one hundred and four days. The defendant was placed in the custody of the United States Marshals on this matter on January 27, 2005. The specific calculation is important in this case so that the Immigration and Customs Enforcement in removal proceedings, has a determinate sentence.

Respectfully submitted,
MOHAMED BAHRAOUI
By his attorney,

  /s/ Lenore Glaser                                                      Dated: May 17, 2005
Lenore Glaser, Esq.
25 Kingston Street
6th Floor
Boston, MA 02111
(617) 753-9988
BBO #: 194220