AO 442 (Rev. 5/93) Warrant for Arrest

# United States District Court

DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

v.

MOHAMED BAHRAOUI
21 Thornton Street, Apt. 1, Revere, MA
DOB: 6/4/71

**WARRANT FOR ARREST**

CASE NUMBER: 05 CR 10014 WGY

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest ___Mohamed Bahraoui___
                                              Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

[X] Indictment  [ ] Information  [ ] Complaint  [ ] Order of court  [ ] Violation Notice  [ ] Probation Violation Petition

charging him or her with (brief description of offense)
Fraud and Misuse of Visas, Permits and Other Documents, in violation of 18 U.S.C. 1546(b)(3),
Possession of False Identification Documents in violation of 18 U.S.C. 1028(a)(4), and
False Representations as United States Citizen

in violation of Title ___18___ United States Code, Section(s) ___911___

Catherine M. Graziak
Name of Issuing Officer

Supervisor
Title of Issuing Officer

Signature of Issuing Officer

1-20-05  Boston                                                      Boston, MA
Date and Location

Bail fixed at $ _____ by _____
                                         Name of Judicial Officer

---

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at _____

WARRANT EXECUTED BY FBI
BY ARREST/ARRAIGNMENT OF THE
DEFENDANT ON 1/31/08

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |

This form was electronically produced by Elite Federal Forms, Inc.